UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MONOLITO B. COOPER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:24-cv-49 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| BILL LEE, *et al.*, ) | Magistrate Judge Steger |
| ) | |
| *Defendants*. ) | |
| ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith, it is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with orders of the Court. There being no more matters to resolve, the Clerk is **DIRECTED** to close the file.

SO ORDERED

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT